United States of American
State of Maryland
versus
Roy Alan Reppenhagen

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JAN 22 AM 11: 31

CLERK'S OFFICE
AT BALTIMORE

BY ___Kle___ DEPUTY

Judge Rosenberg,

I, (Roy Alan Reppenhagen) am trying to have this case espounged. I am trying to get a job driving a bus for A.A.C.. This charged is stopping that from happening. Please consider removing this case from my record.

Thank you
Roy A. Reppenhagen
Roy A. Reppenhagen

Roy Alan Reppenhagen
1427 Foxwood Ct.
Annapolis, Md.
21409

AO 256 (Rev. 2/86)

**CRIMINAL DOCKET · U.S. District Court**

PO ☐ Assigned: 0416 01 1621 Disp./Sentence
Misd. ☐
Felony ☒ District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD ☐

☐ WRIT
☐ JUVENILE
☐ ALIAS

U.S. vs. REPPENHAGEN, ROY ALAN

Case Filed: Mo. 03 Day 26 Yr. 92
MJG
Docket No. 0110
No. of Def's 01
U.S. MAG. CASE NO. 92-048

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 18:111 | Assaulting, Resisting, or Impeding certain officers or employees. (ct.1) | 1 | |
| | SUPERSEDING INDICTMENT | | |
| 18:115(a)(1)(B) 1114 | Threats to postal employees. (ct. 1) | 1 | |

SUPERSEDING COUNTS

### II. KEY DATE

**INTERVAL ONE** — KEY DATE / EARLIEST OF:
☐ arrest
☐ sum'ns
☐ custody
☐ appears—on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE 03/26/92 APPLICABLE
☒ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony-W/waiver

KEY DATE 4/3/92
10-8-92
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☒ Supsdg ☒ Indt ☐ Inf
d) ☐ Order New trial
e) ☐ Remand f) ☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE 12-14-92 APPLICABLE
☐ Dismissal
☐ Pled guilty / Aft
☐ Nolo / Aft
☐ Trial (voir dire)
Deferred Prosecution

| 1st appears with or waives counsel | ARRAIGNMENT 4/3/92 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 12-14-92 | SENTENCE DATE | PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP |

### III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. |
| Summons | Issued / Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT ▷ | | | |
| Date of Arrest | OFFENSE (In Complaint) | | |

INITIAL APPEARANCE DATE ▷
PRELIMINARY EXAMINATION or REMOVAL HEARING ☐ — Date Scheduled ▷ / Date Held ▷
☐ WAIVED ☐ NOT WAIVED  Tape Number
☐ INTERVENING INDICTMENT

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 In

### IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.
RICHARD D. BENNETT, USA
Jamie M. Bennett, AUSA  2-4822

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other.  6 ☒ PD.  7 ☐ CD

Mary French

"Guideline Sentencing Cts.

Assign cys. distr. 3/27/92 mdw ✓

**BAIL • RELEASE**

PRE-INDICTMENT
Release Date
Bail ☐ Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fug ☐ Pers ☐ PSA ☐ Conditions ☐ 10% ☐ Suret ☐ Collo ☐ 3rd P ☐ Other

POST-INDICTMENT
Release Date
Bail ☐ Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fug ☐ Pers ☐ PSA ☐ Conditions ☐ 10% ☐ Suret ☐ Collo ☐ 3rd P ☐ Other

APPEALS FEE PAYMENT

**FINE AND RESTITUTION PAYMENTS** ☐ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| DATE | Yr.  Docket No.  Def. | | V. PROCEEDINGS | VI EXCLUDABLE DELAY |
|---|---|---|---|---|
| DOCUMENT NO. | | | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE   PAGE ___ OF ___ | Start Date / End Date  Ltr. Code  Total Days |
| 1992 | MJG-92-0110 | | ☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | |
| Mar 26 | | 1 | Indictment for violation of U.S.C., Title 18, Section 111 - Assaulting, Resisting, or Impeding certain officers or employees. | |
| "    31 | | 2 | Magistrate Judge (Rosenberg) papers received consisting of Docket Sheet; Affidavit and Complaint. | |
| "    " | | 3 | Financial Affidavit of defendant. | |
| "    " | | 4 | Order (Rosenberg, U.S. Mag. J.) dated 3/23/92 "APPOINTING" Federal Public Defender as counsel for defendant. | |
| "    " | | 5 | Appearance of Mary French, AFPD, as counsel for defendant. | |
| "    " | | 6 | Order (Rosenberg, U.S. Mag. J.) dated 3/23/92 that Court appointed counsel for the defendant and government bring to the attention of the Court the matter of financial contribution toward payment of counsel fees as therein set forth. | |
| "    " | | 7 | Order (Rosenberg, U.S. Mag. J.) dated 3/23/92 specifying conditions of release and "RELEASING" defendant in the custody of Pretrial Services as therein set forth. | |
| Apr 7 | | -- | Defendant arraigned on 4/3/92 and plead "NOT GUILTY" as to count no. 1 before (Rosenberg, U.S. Mag. J.). | |
| "    " | | -- | Defendant continued on release. | |
| "    20 | | 8 | Motion of defendant to enlarge time for filing motions and Proposed Order. (2 c/s) | |
| "    22 | | 9 | Order (Garbis, J.) dated 4/21/92 "ENLARGING" the time for defendant to file motions until April 27, 1992 as therein set forth. (c/m by cham)(EOD 4/22/92) | |
| "    27 | | 10 | Motion of defendant to suppress statements; Memorandum and Request for hearing. (2 c/s) | |
| Jul 13 | | 11 | Response of United States to defendant's motion to suppress. (2 c/s) | |
| | | | SUPERSEDING INDICTMENT | |
| Oct 8 | | 12 | Indictment for violation of U.S.C., Title 18, Sections 115(a)(1)(B) & 1114 - Threats to postal employees. | |
| Dec 15 | | 13 | Deferred Prosecution Agreement of all parties and "APPROVAL" (Garbis, J.) dated 12/14/92 that prosecution is deferred for a period of 12 months, with special conditions as therein set forth. (c/m EOD 12/15/92 mdw) | |

CONTINUED TO PAGE 2

PAGE TWO

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET** — U.S. vs ROY A. REPPENHAGEN — MJG-92-011

AO 256A

| DATE 1993 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DE (a) | (b) | (c) |
|---|---|---|---|---|
| Nov 23 | (14) Order of U.S. Attorney "DISMISSING" Indictment herein, with leave of Court (Garbis, J.) dated 11/22/93 pursuant to Rule 48(a) of the Fed. R. Crim. P. (c/m by cham)(EOD 11/23/93 mdw) | | | |

Interval (per Section II)   Start Date / End Date   Ltr. Code